# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

"without prejudice"
Richard A. Spann El, Surety under necessity excel:
RICHARD SPANN #178770,

[You are the PLAINTIFF, print your full name on this line.]

v.

THE STATE OF INDIANA Ex rel
MIAMI CORRECTIONAL FACILITY,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

FILED
AUG 26 2020
At ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number 3:20-cv-00611-RLM-MGG
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] CURTIS HILL - Attorney General | 302 W. Washington, IND, IN |
| 2 | [Put the names of any other defendants in these boxes.] William Hyatte - warden  Unit team - Mr. Angle, (A-dorm General) | IDOC/MCF, 3038 west 850 South, Bunker Hill, IN |
| 3 | Capt. Brunet - Shift Supervisors  Lt. Morgan - Shift Supervisors | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __5__

2. What is the name and address of your prison or jail? Miami Correctional facility, 3038 west, 850 South, Bunker Hill, Indiana Republic

3. Did the event you are suing about happen there? ● Yes.  ○ No, it happened at: _____

4. On what date did this event occur? __7/6/20 → 7/10/20__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On July 6th 2020, feces & urine began levitating from toilet issues - Room A-349. The situation was addressed about issue promising to help assist with the cleaning process. C/O Easley, Lt. Morgan, Capt. Bennet, C/O Cruz, & grievances to Deputy Warden & Sherrian Howell were both addressed upon the situation. From July 6th 2020 to July 10th 2020, I was forced into cruel and unusual punishment and a violation of living conditions, for 4½ days I was forced to eat, drink, and breathe and live in a flooded cell flooded with others URINE & feces with other Bodily Waste, and was Neglected by the Shift Supervisors - Lt. Morgan, Capt. Bennet for clear immediate attention. (literally floating in cell) All of my clothing was used to try and soak up some of the waste so that I could walk in my cell without splashing 'unclean water' onto my shoes or pant clothing. Possibly part of my Bed Mat was used as well to try and soak up unclean water. My Hands, feet, legs, face were all exposed in this inhuman cruel and unusual punishment with brute negligence for Human Living Conditions. Surely this type of occurance calls for hazmat to come and clear & clean the excess of feces & other unknown Bodily waste.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

This is Not an Exaggeration of the facts, but is a clear & Concise Summary of the facts. ~~[scribbled out]~~

No proper cleaning Supplies or No action taken to assist me with outbreak of disgusting waste, And No Shower.

I Affirm under the Pains and penalties of Perjury that the Statements herein are true and Correct.

I am Very Anxious, and irate at times, I've grown with More depression as I see this Great Country's individuals becoming less & less Patriotic. I feel as if I have diseases & infections and is causing me to Constant itching, Scratching; exposure to waste caused my eyes to itch badly and was Very hard to breathe. I've Got PTSD!

• Demand: 250,000 USD / Money of Account.
(These are the Perpetrators:)
" CURTIS HILL - AG
" WILLIAM HYATTE - WARDEN
" UNIT TEAM MANAGE- MR. Angle
" Capt. BENNETT
" LT. MORGAN -
- Supervisors in charge who had Say So over Rather my civil Rights are upheld or Not.

This was a Severe form of Neglect, and with pure Malice intent, all DURING "A GLOBAL HEALTH HAZARD"

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ● After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ● Yes, this event was grievable, but I did not file a grievance because _____
   have Not recived responses back

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I wish for the underwriters of all defendants to be addressed about the dishoner of their Code of Ethics, oaths to uphold D.O.C. Policy, Compentancy Test should be taken, for those Main Supervisors to sit and listen to me address some facts about Disciplining prisoners, protocol advice & other Saftey matters that I want them to be aware of, 90 day Suspension of I. Screase.

[Initial Each Statement]
   - RS  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   - RS  I will keep a copy of this complaint for my records.
   - RS  I will promptly notify the court of any change of address.
   - RS  I WILL NOT send more than one copy of any filing to the court.
   - RS  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   - RS  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __8__/__14__/20__20__ at _____ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

without prejudice
Richard A. Spann El  U.S.' ex rel: RICHARD SPANN, Debtor  c/o  bd  178770
Signature    UCC 1-308                                                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]